# EXHIBIT 1



**COLDPOINT LOGISTICS**

| UNIFORM STRAIGHT BILL OF LADING | Date: 04/15/2022 |
|---|---|
| Original -- Not Negotiable | Shippers BOL #: 2022-0012547 |
| SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING | Shipper Ref #: 1445481 |
| | Carrier ID: BOLD TRANSPORTATION |
| QUESTIONS? Call | Order #: 2341845 |
| www.coldpointlogistics.com | Trailer ID: TTNU8314460 |
| | WMS Order #: 416321 |
| | Door #: 015 |

**Consigned To (DESTINATION):**
Beijing Central Key trading Co
Tianjin Xingang Port

Xingang Port, XX  99999

**Shipper (FROM):**
Seaboard - Triumph
Care of ColdPoint
31301 W 181st Street

Subject to Section 7 of the Conditions of the Applicable Bill of Lading, this shipment is to be delivered to the consignee without recourse on the consignor. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Freight Charges are **PREPAID** unless marked.

**CHECK BOX IF COLLECT** ☐

**C.O.D. Shipment**
Amount: $ _____
Fees: $ _____
Total: $ _____

**Pallets Shipped**
_____ CHEP        _____ WHITE

**Special Instructions:**
Maintain temp of Avg. -10 DEGREES F | Fr.      Mid.      Bk.

| Order ID/PO Ref | No. Handling Units | Description of Articles, Packaging, Special Marks, and Exception | Net Weight | Gross Weight |
|---|---|---|---|---|
| 416321 / 2204TP01-6 | 42 CS | 00216 FROZEN PORK FRONT FEET  Lot: 020122 | 1,390.20 | 1,468.74 |
| 416321 / 2204TP01-6 | 41 CS | 00216 FROZEN PORK FRONT FEET  Lot: 033122 | 1,357.10 | 1,433.77 |
| 416321 / 2204TP01-6 | 278 CS | 00216 FROZEN PORK FRONT FEET  Lot: 040522 | 9,201.80 | 9,721.66 |
| 416321 / 2204TP01-6 | 588 CS | 00216 FROZEN PORK FRONT FEET  Lot: 040722 | 19,462.80 | 20,562.36 |
| 416321 / 2204TP01-6 | 504 CS | 00216 FROZEN PORK FRONT FEET  Lot: 040822 | 16,682.40 | 17,624.88 |
| 416321 / 2204TP01-6 | 114 CS | 00216 FROZEN PORK FRONT FEET  Lot: 041122 | 3,773.40 | 3,986.58 |
| **TOTALS:** | **1,567** | | **51,867.70** | **54,797.99** |

Order Notes: CFR XINGANG TIANJIN CHINAPOE TIANJIN, H/C: 03/4/23, Export docs/labels for China; reqd, Ship 1570cs code 216,; Shipping Marks: 2204TP01-6,; Floor load cntnr, record cntnr; seal# for H/C, send complete; docs to Emily at SBF office,; Customer wired payment,; Price: $1.58/LB,; Ship up to 52K lbs, but do not; exceed, DO NOT SHIP BOXES; OLDER THAN 320 DAYS

417907 / 2204TP01-6

| | 3 CS | 00216 FROZEN PORK FRONT FEET<br>Lot: 041422 | 99.30 | 104.91 |
|---|---|---|---|---|
| TOTALS: | 3 | | 99.30 | 104.91 |

| Cases | | **Grand Totals** | Net | Gross |
|---|---|---|---|---|
| 1,570.00 | | | 51,967.00 | 54,902.90 |

Seal(s): 6731736,

ALL ITEMS SUBJECT TO CORRECTION

| Carrier Company Name | Driver NO. & Name | Date | Trailer Loaded By: |
|---|---|---|---|
| BOLD TRANSPORTATION | | | [X] Shipper  [ ] Driver |

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. Further, carrier declares that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled/placarded and are in all respects in proper condition for transport according to applicable international, national, and DOT governmental regulations.

**Freight Counted By:**

Signature: _____   Pieces REC'D: _____   [X] Shipper  [ ] Driver