# EXHIBIT 2

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com      SCAC Code : MSCU

**SEA WAYBILL No.**
**NOT NEGOTIABLE - COPY**

**MEDUU5965469**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NO. & SEQUENCE OF SEA WAYBILLS: 0 Of Zero

NO. OF RIDER PAGES: 1

**SHIPPER:**
SEABOARD FOODS
9000 WEST 67TH ST STE 200
SHAWNEE MISSION, KANSAS 66202-3677 UNITED STATES
REF #: LID 1445481

**FORWARDING AGENT:**

**CONSIGNEE:**
BEIJING CENTRAL KEY TRADING CO., LTD.
RM. 906 JIA YOU INTERNATIONAL BUILDING,NO.25 LAN DIAN CHANG SOUTH ROAD, HAIDIAN, BEIJING CITY,100089,THE PEOPLE'S REPUBLIC OF CHINA* USCI: 91110108666296063J
CTC RAINY NIU
TEL: +86-010-88445693

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9320257

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BEIJING CENTRAL KEY TRADING CO., LTD.
RM. 906 JIA YOU INTERNATIONAL BUILDING,NO.25 LAN DIAN CHANG SOUTH ROAD, HAIDIAN, BEIJING CITY,100089,THE PEOPLE'S REPUBLIC OF CHINA*USCI: 91110108666296063J
CTC: RAINY NIU
TEL: +86-010-88445693

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| GEORG MAERSK - 224S | LONG BEACH, CA | KANSAS CITY, KS |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 038RCS1218745 | 22-087WW | XINGANG,TIANJIN,CHINA | XXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE** - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | **PLEASE SEE ATTACHED RIDER PAGE(S) FOR DESCRIPTION OF PACKAGES AND GOODS** | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXX | 1 cntr | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE |
|---|---|
| HOUSTON - | |

Sea Waybill U.S. Edition - 01/2017          TERMS CONTINUED ON REVERSE ↥

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详见网站 | www.msc.com

| | | |
|---|---|---|
| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. Website: www.msc.com SCAC Code : MSCU | **SEA WAYBILL No.** RIDER PAGE Page 1 of 1 | **MEDUU5965469** |

CONTINUATION OF PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on further Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TTNU8314460<br>40' HIGH CUBE REEFER<br>SEAL NUMBER:6731736<br><br>MARKS AND NUMBERS: 2204TP01-6 | 1570 BOX(ES) OF FROZEN PORK FRONT FEET GRADE B<br><br>NW: 51967.0 LBS<br>NW: 23571.7 KGS<br>GW: 54902.9 LBS<br><br>FREIGHT PREPAID<br><br>**Temperature: -23.3 C**<br><br>X20220603377908<br><br><br>SHIPPER'S LOAD, STOW, AND COUNT<br>THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.<br>TOTAL NUMBER OF PACKAGES: 1,570 | 24,903.400  KGS.<br><br><br><br><br><br><br><br><br><br><br><br><br>TOTAL: 24,903.400  KGS. | |

| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| HOUSTON - | | |

Sea Waybill U.S. Edition - 01/2017